No. 1307. TURPIN *v.* CHICAGO, BURLINGTON & QUINCY RAILROAD Co. Sup. Ct. Mo. Certiorari denied. *Walter A. Raymond* for petitioner. *Robert B. Langworthy* for respondent.

No. 88. IN RE MACKAY. Sup. Ct. Alaska. Motion for leave to file a supplement to the petition for a writ of certiorari granted. Certiorari denied. *Joseph A. Ball* and *Edgar Paul Boyko* for petitioner. *George Cochran Doub* for Supreme Court of Alaska.

No. 443. ANDERSON ET AL. *v.* CITY OF CHESTER ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE FORTAS are of the opinion that certiorari should be granted. *Anthony G. Amsterdam* for petitioners. *Paul R. Sand* and *Vram Nedurian, Jr.,* for respondents.

No. 711. UNITED STATES *v.* KALISHMAN, TRUSTEE IN BANKRUPTCY. C. A. 8th Cir. Certiorari denied. MR. JUSTICE HARLAN would grant certiorari and reverse the judgment for the reasons stated in his opinion in *Nicholas* v. *United States, ante,* p. 678. *Solicitor General Marshall, Acting Assistant Attorney General Roberts* and *I. Henry Kutz* for the United States. *Harry S. Gleick* for respondent.

No. 776. SCHIFFER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Harvey M. Silets* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.